# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Tracy Baldwin          Docket No. 7:10-CR-116-1H

### Petition for Action on Supervised Release

  COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tracy Baldwin, who, upon an earlier plea of guilty to Possession With Intent to Distribute 5 Grams or More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii), was sentenced by the Honorable Mark R. Kravitz, U.S. District Judge, in the District of Connecticut, on December 21, 2009, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 48 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 50 hours of community service as directed by the probation office.

2. The defendant shall participate in a program of anger management/domestic violence, as directed by the probation office.

3. If not employed, the defendant shall participate in a vocational training program as directed by the probation office.

  Tracy Baldwin was released from custody on December 21, 2009, at which time the term of supervised release commenced. On August 28, 2010, jurisdiction was transferred to the Eastern District of North Carolina. Since supervision commenced, the following violations have been noted:

  On May 15, 2010, he was charged with Speeding/No Insurance (10CR704293) and Fictitious Tags (10CR704294). The District of Connecticut was notified as they had jurisdiction at that time.

  On April 1, 2011, he was charged with Speeding/Driving While License Revoked (11CR70391). Verbal reprimand issued.

  On October 27, 2011, Mr. Baldwin was charged in Robeson County, North Carolina, with Larceny by Changing Price Tag (11CR58198). On November 21, 2011, he pled guilty to this charge and was given a 10-day suspended sentence in state court.

  On December 19, 2011, he was charged with Driving While License Revoked, Resisting Public Officer, and Flee/Elude Arrest (11CR59150). He was also charged with Reckless Driving/Fail to Heed Light/Siren (11CR7217), Expired Registration/No Insurance (11CR7222), and Expired Inspection/Cancel/Revoked Tag (11CR7223). Based on these violations, he served 7 days in jail as a sanction.

Tracy Baldwin
Docket No. 7:10-CR-116-1H
Petition For Action
Page 2

On April 28, 2012, Mr. Baldwin was charged in Cumberland County, North Carolina, with Fictitious Tag, and Give/Lend/Borrow License Plate (12CR713145), No Insurance and Expired Inspection (12CR713146), and Driving While License Revoked (12CR713147). Mr. Baldwin served a term of 10 days in jail as a sanction for this conduct.

On July 14, 2012, Mr. Baldwin was charged in Robeson County, North Carolina, with Communicating Threats (12CR55020). The court was notified and the charge was subsequently dismissed in state court and no action was taken.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 13, 2013, Mr. Baldwin was charged in Robeson County, North Carolina, with Driving While License Revoked (13CR1147). Mr. Baldwin continues to drive in spite of being directed not to do so unless properly licensed. Mr. Baldwin admits to this violation and it is believed that an additional weekend in jail will serve as an appropriate sanction for this conduct.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 1 weekend, commencing as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that
the foregoing is true and correct.

/s/ Robert K. Britt
Senior U.S. Probation Officer
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: April 5, 2013

**ORDER OF COURT**

Considered and ordered this 8th day of April, 2013, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge